Nicole M. Harvey, Esq. (SBN 11147)
HARVEY LAW FIRM, PLLC
515 Court Street, Reno, NV 89501
Tel: (775) 359-2211  Fax: (775) 284-0468
Nicole@NicoleHarvey.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIVAL CASTRO and CATHERINE JEAN RYCKELYNCK, registered domestic partners, | |
| Plaintiffs, | Case No. 3:13-cv-00107-RCJ-WGC |
| v. | **NOTICE OF VOLUNTARY DISMISSAL** |
| ALLIED 1031 EXCHANGE d/b/a ALLIED FORECLOSURE SERVICES; KELLY RAE; LUCETHYL, LLC, a Nevada limited liability company; CHRISTINA SHOEMAKER; DOES I-X; ABC CORPORATIONS I – X; BLACK AND WHITE PARTNERSHIPS I – X. | |
| Defendants. | |

Plaintiffs, MARIVAL CASTRO and CATHERINE JEAN RYCKELYNCK, by and through their counsel of record, Nicole M. Harvey, Esq. and Harvey Law Firm, PLLC, hereby voluntarily dismisses this action without prejudice, pursuant to FRCP 41(a)(1)(i).  No opposing party in this action has served an Answer or Motion for Summary Judgment.

DATED this 3rd day of April, 2012.

                                               */s/ Nicole M. Harvey, Esq.*
                                               Nicole M. Harvey, Esq. (11147)
                                               515 Court Street, Reno, NV 89501
                                               Tel: 775.359.2211  Fax: 775.284.0468
                                               *Attorney for Plaintiff*

CERTIFICATE OF SERVICE

Pursuant to NRCP 5(b), I certify that I am an employee of Harvey Law Firm, PLLC, and that on this date I caused the foregoing Notice of Voluntary Dismissal to be served on all parties of record by electronic means through the Nevada CM/ECF electronic filing system.

DATED this 3rd day of April, 2012.

                */s/ Nicole M. Harvey, Esq.*
                An employee of Harvey Law Firm