Nicole M. Harvey, Esq. (SBN 11147)
HARVEY LAW FIRM, PLLC
515 Court Street, Reno, NV 89501
Tel: (775) 359-2211  Fax: (775) 284-0468
Nicole@NicoleHarvey.com
*Attorney for Plaintiffs*

# UNITED STATES DISTRICT COURT

## DISTRICT OF NEVADA

| | |
|---|---|
| MARIVAL CASTRO and CATHERINE JEAN RYCKELYNCK, registered domestic partners, | |
| Plaintiffs, | Case No. 3:13-cv-00107-RCJ-WGC |
| v. | |
| ALLIED 1031 EXCHANGE d/b/a ALLIED FORECLOSURE SERVICES; KELLY RAE; LUCETHYL, LLC, a Nevada limited liability company; CHRISTINA SHOEMAKER; DOES I-X; ABC CORPORATIONS I – X; BLACK AND WHITE PARTNERSHIPS I – X. | **CANCELLATION OF LIS PENDENS** |
| Defendants. | |

NOTICE IS HEREBY GIVEN that an action having been commenced to determine the title to certain real property, specifically, the premises at 879 Locust, Reno, Nevada 89502, and more particularly described as:

> North 65 feet of Lot 7 in Block 12, of Burkes Addition, according to the map thereof, filed in the office of the County Recorder of Washoe County, State of Nevada, on July 1, 1907 as Tract Map No. 7.

/ / /

The action has now been dismissed, and the Lis Pendens recorded on March 6, 2013 is

hereby released.

DATED this 10th day of April, 2013.  HARVEY LAW FIRM, PLLC

  */s/ Nicole M. Harvey, Esq.*
Nicole M. Harvey, Esq. (SBN 11147)
515 Court Street, Reno, NV 89501
Phone: 775.359.2211  - Fax: 775.284.0468
*Attorney for Plaintiffs*